(July 20, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OLIVER " SWEET PEA " ROBINSON, Appellant.— STALEY, JR., J.

* Fictitious names.

Judgment affirmed. Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum by Staley, Jr., J.